IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

QUINTARA ARNELL SHARNELL SANDERS                                PLAINTIFF

vs.                              Civil No. 4:13-cv-04027

CAROLYN COLVIN
Commissioner, Social Security Administration                    DEFENDANT

## JUDGMENT

Currently before the Court is the Report and Recommendation (ECF No. 9) dated April 7, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  The objection period has passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**.  Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 25th day of April, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge